24 F.3d 416w
 62 USLW 2724, 28 Fed.R.Serv.3d 1231
 Gerda Dorothea DeWEERTH, Plaintiff-Appellee,
v.
Edith Marks BALDINGER, Defendant-Third-Party-Plaintiff-Appellant,
v.
WILDENSTEIN & CO., INC., Third-Party-Defendant-Appellant.
 Nos. 83, 127, Dockets 93-7144, 93-7146.
 United States Court of Appeals,
Second Circuit.
 Argued Nov. 15, 1993.
Decided May 16, 1994.
 
 1
 NOTE: THE COURT HAS WITHDRAWN THIS OPINION.SEE 38 F.3d 1266